

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LESTER PAIGE | * | |
| Plaintiff(s) | * | Civil Action No.: JFM-02-2882 |
| v. | * | |
| SOLO CUP | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned case have reached a settlement and all claims are hereby dismissed with prejudice. Please mark the case SETTLED, SATISFIED and CLOSED.

_____
Albert B. Randall, Jr., Esquire
Franklin & Prokopik
One North Charles Street, Suite 100
Baltimore, Maryland  21201
(410) 752-8700
*Attorneys for Defendant*

_____
Lester Paige
P.O. Box 492
Bridgeville, Delaware 19933
*Pro Se Plaintiff*

Date: 12/19/02

Approved: _____
United States District Judge
J. Frederick Motz